```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Lozinski, et al

    v.

Black Bear Lodge, LLC, et al           Case No. 17-cv-210-LM

## JUDGMENT

In accordance with the following, judgment is hereby entered:

1. Order by Judge Kevin McNulty dated April 10, 2017; and
2. Stipulation of Dismissal with Prejudice and Without Costs filed November 29, 2018.

                              By the Court:

                              */s/ Daniel J. Lynch*
                              Daniel J. Lynch
                              Clerk of Court

Date: November 30, 2018

cc: Counsel of Record